United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gamaine N. Collins  
    Debtor  

Case No. 11-19012-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Oct 18, 2016  
                        Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2016.  
12606787      ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406, WILMINGTON DE 19801-2920  
        (address filed with court: Chase,   Po Box 1093,   Northridge, CA 91328)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016                                  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2016 at the address(es) listed below:

        ANN E. SWARTZ   on behalf of Creditor   The Bank of New York Mellon, fka The Bank of New York, as successor Trustee to JP Morgan Chase Bank, N.A. et al ecfmail@mwc-law.com, ecfmail@mwc-law.com  
        CARRIE L KLEINJAN   on behalf of Creditor   Internal Revenue Service carrie.l.kleinjan@irscounsel.treas.gov  
        CHRISTOS A. KATSAOUNIS   on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us  
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JOHN L. MCCLAIN   on behalf of Debtor Gamaine N. Collins aaamcclain@aol.com, edpabankcourt@aol.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   The Bank of New York Mellon, et al bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   The Bank of New York Mellon, fka The Bank of New York, as successor Trustee to JP Morgan Chase Bank, N.A. et al bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                  TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 11-19012-sr
Chapter 13

In re: Debtor(s) (including Name and Address)

Gamaine N. Collins
1815 S. 65th Street
Philadelphia PA 19142

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/14/2016.

Name and Address of Alleged Transferor(s):

Claim No. 15: Chase, Po Box 1093, Northridge, CA 91328

Name and Address of Transferee:

The Bank of New York Mellon, as Trustee
Serviced by Select Portfolio Servicing,
3815 South West Temple
Salt Lake City, UT 84115

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    10/20/16

Tim McGrath
**CLERK OF THE COURT**