United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 11-19012-sr
Gamaine N. Collins                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1            Date Rcvd: Oct 18, 2016
                            Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2016.
13808370        +The Bank of New York Mellon, as Trustee,    Serviced by Select Portfolio Servicing,,
  3815 South West Temple,    Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2016 at the address(es) listed below:
     ANN E. SWARTZ    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New York, as successor Trustee to JP Morgan Chase Bank, N.A. et al ecfmail@mwc-law.com,   ecfmail@mwc-law.com
     CARRIE L KLEINJAN    on behalf of Creditor    Internal Revenue Service carrie.l.kleinjan@irscounsel.treas.gov
     CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue RA-occbankruptcy5@state.pa.us,   RA-occbankruptcy6@state.pa.us
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
     FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
     JOHN L. MCCLAIN    on behalf of Debtor Gamaine N. Collins aaamcclain@aol.com,   edpabankcourt@aol.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, et al bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New York, as successor Trustee to JP Morgan Chase Bank, N.A. et al bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
     POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 10

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 11-19012-sr
Chapter 13

In re: Debtor(s) (including Name and Address)

Gamaine N. Collins
1815 S. 65th Street
Philadelphia PA 19142

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/14/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 15: The Bank of New York Mellon, as Trustee, Serviced by Select Portfolio Servicing,, 3815 South West Temple, Salt Lake City, UT 84115 | The Bank of New York Mellon, as Trustee Serviced by Select Portfolio Servicing, 3815 South West Temple Salt Lake City, UT 84115 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/20/16

Tim McGrath
**CLERK OF THE COURT**