United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 11-19012-sr
Gamaine N. Collins                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR            Page 1 of 3            Date Rcvd: Jul 26, 2017
                            Form ID: 138NEW         Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2017.
```
db           +Gamaine N. Collins,    1815 S. 65th Street,    Philadelphia, PA 19142-1423
cr           +JPMORGAN CHASE BANK, N.A.,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
cr           +The Bank of New York Mellon, fka The Bank of New Y,     KML Law Group, P.C.,
               Ann E. Swartz, Esquire,    Andrew F. Gornall, Esquire,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
12606784     +Afni, Inc.,    Attn: Bankruptcy,    PO Box 3037,    Bloomington, IL 61702-3037
12606785     +Ameena Ombley,    1442 W. Grange Ave,    Phila.. PA 19141-2510
12837334     +Andrew F. Gornall, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
12606787    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court: Chase,     Po Box 1093,    Northridge, CA 91328)
12606788     +City of Philadelphia/ Parking Tickets,     P.O. Box 41818,    Philadelphia, PA 19101-1818
12606789      Elkins Park Hospital,    Healthcare Receivable Specialists,     5th Floor, 400 Market St,
               Philadelphia, PA 19141
12606790     +First Bk Of De/contine,    1608 Walnut Street,    Philadelphia, PA 19103-5457
12606793     +John L. McClain and Associates,     PO Box 123,    Narberth, PA 19072-0123
12606797     +Plains Commerce Bank,    PO Box 1059,    Aberdeen, SD 57402-1059
13808370     +The Bank of New York Mellon, as Trustee,     Serviced by Select Portfolio Servicing,,
               3815 South West Temple,    Salt Lake City, UT 84115-4412
12760434     +The Bank of New York, et al,    JPMorgan Chase Bank, N.A.,     3415 Vision Drive,    OH4-7133,
               Columbus, OH 43219-6009
12606799     +Water Revenue,    City of Philadelphia,    PO Box 41496,    Philadelphia, PA 19101-1496
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Jul 27 2017 01:34:21      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,     1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 27 2017 01:33:57       U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: rmscedi@recoverycorp.com Jul 27 2017 01:39:26      Equable Ascent Financial, LLC,
               c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
cr            E-mail/Text: cio.bncmail@irs.gov Jul 27 2017 01:33:17      Internal Revenue Service,
               c/o Carrie L. Kleinjan,    Mellon Independence Center,     701 Market Street,   Suite 2200,
               Philadelphia, PA 19106
cr            E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 27 2017 01:39:12
               Midland Funding LLC by American InfoSource LP as a,      PO Box 4457,   Houston, TX 77210-4457
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2017 01:39:44
               Recovery Management Systems Corporation For GE Mon,      25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12611461     +E-mail/Text: EBNProcessing@afni.com Jul 27 2017 01:33:49      Afni, Inc.,    PO Box 3667,
               Bloomington, IL 61702-3667
12606786     +E-mail/Text: bnc-applied@quantum3group.com Jul 27 2017 01:33:55       Applied Card Bank,
               Attention: General Inquiries,    PO Box 17125,    Wilmington, DE 19850-7125
12630571      E-mail/Text: bankruptcy@phila.gov Jul 27 2017 01:34:21      City of Philadelphia,
               SchoolDistrict of Philadelphia,    Law Department - Tax Unit,     One Parkway Building,
               1515 Arch Street, 15th Floor,    Philadelphia, PA  19102-1595
12674696      E-mail/PDF: rmscedi@recoverycorp.com Jul 27 2017 01:39:45      Equable Ascent Financial, LLC,
               c/o Recovery Management Systems Corp,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12924754      E-mail/PDF: rmscedi@recoverycorp.com Jul 27 2017 01:39:26      Granite Recovery LLC,
               c/o Recovery Management Systems Corp,     25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
12606791     +E-mail/Text: aalvino@helmautoloans.com Jul 27 2017 01:33:48       Helm Assocs,   801 Bristol Pike,
               Croydon, PA 19021-5447
12644007      E-mail/Text: bkr@cardworks.com Jul 27 2017 01:33:10      Merrick Bank,
               c/o Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
12606794     +E-mail/Text: bkr@cardworks.com Jul 27 2017 01:33:10      Merrick Bk,    Attn: Bankruptcy,
               P.O. Box 23356,    Pittsburgh, PA 15222-6356
12606795     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 27 2017 01:33:45      Midland Credit Mgmt In,
               8875 Aero Dr,    San Diego, CA 92123-2255
12935216      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 27 2017 01:39:12      Midland Funding LLC,
               by American InfoSource LP as agent,     PO Box 4457,   Houston, TX 77210-4457
12606796     +E-mail/Text: bankruptcydepartment@tsico.com Jul 27 2017 01:34:30       Nco Fin/09,
               Attention: Bankruptcy,    507 Prudential Rd,    Horsham, PA 19044-2308
12606798      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2017 01:46:08       Portfolio Rc,
               Attn: Bankruptcy,    PO Box 41067,    Norfolk, VA 23541
12611769      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2017 01:45:56
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12663105      E-mail/Text: ebn@vativrecovery.com Jul 27 2017 01:33:18      Palisades Acquisition IX LLC,
               Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX LL,
               PO Box 40728,    Houston, TX 77240-0728
12787317      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 27 2017 01:33:42
               Pennsylvania Department of Revenue,    Bankruptcy Division,     P.O. Box 280946,
               Harrisburg, PA 17128-0946
```

```
District/off: 0313-2          User: DonnaR                Page 2 of 3                   Date Rcvd: Jul 26, 2017
                              Form ID: 138NEW             Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
12635943        E-mail/Text: bnc-quantum@quantum3group.com Jul 27 2017 01:33:21
                 Quantum3 Group LLC as agent for,    Fortis Capital LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
12692918        E-mail/Text: bnc-quantum@quantum3group.com Jul 27 2017 01:33:22
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
12664810        E-mail/PDF: rmscedi@recoverycorp.com Jul 27 2017 01:39:45
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12606800       +E-mail/Text: bankruptcynotice@westlakefinancial.com Jul 27 2017 01:33:46
                 Westlake Financial Svc,    4751 Wilshire Blvd Suite 100,    Los Angeles, CA 90010-3847
12606801       +E-mail/Text: bankruptcydept@wyn.com Jul 27 2017 01:33:58        Wyndham Vaca,    10750 W Charleston,
                 Las Vegas, NV 89135-1048
12690585       +E-mail/Text: bankruptcydept@wyn.com Jul 27 2017 01:33:58        Wyndham Vacation Resorts, Inc.,
                 PO Box 97474,    Las Vegas, NV 89193-7474
                                                                                               TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12760433       JPMorgan
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
12606792*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   IRS/ Special Procedures,    P.O. Box 21125,
                 Philadelphia, PA  19114)
12649161*     +Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
12935217*      Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                 Houston, TX  77210-4457
13808371*     +The Bank of New York Mellon, as Trustee,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
cr            ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                          TOTALS: 1, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2017 at the address(es) listed below:
```
              ANN E. SWARTZ    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New York, as
               successor Trustee to JP Morgan Chase Bank, N.A. et al ecfmail@mwc-law.com,   ecfmail@mwc-law.com
              CARRIE L KLEINJAN    on behalf of Creditor    Internal Revenue Service
               carrie.l.kleinjan@irscounsel.treas.gov
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us,   RA-occbankruptcy6@state.pa.us
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOHN L. MCCLAIN    on behalf of Debtor Gamaine N. Collins aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, et al
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: DonnaR              Page 3 of 3              Date Rcvd: Jul 26, 2017
                              Form ID: 138NEW           Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New York, as successor Trustee to JP Morgan Chase Bank, N.A. et al bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon, as Trustee for the Bear Stearns Asset Backed Securities Trust 2002-2, Asset-Backed Certificates, Series 2002-2 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

        THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New York, as successor Trustee to JP Morgan Chase Bank, N.A. et al tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

        THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, et al tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 13

Case 11-19012-sr    Doc 87    Filed 07/28/17    Entered 07/29/17 01:07:26    Desc Imaged
Certificate of Notice    Page 3 of 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Gamaine N. Collins

    Debtor(s)

Bankruptcy No: 11−19012−sr

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 7/26/17