Certificate Number: 01401-PAE-DE-030081558

Bankruptcy Case Number: 11-19012



01401-PAE-DE-030081558

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 26, 2017</u>, at <u>12:38</u> o'clock <u>PM EDT</u>, <u>Gamaine N Collins</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 26, 2017</u>             By:   <u>/s/Jeremy  Lark</u>

                                                            Name:   <u>Jeremy  Lark</u>

                                                            Title:   <u>FCC Manager</u>