United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 11-19012-jkf
Gamaine N. Collins                                                              Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: DonnaR              Page 1 of 1           Date Rcvd: Oct 27, 2017
                               Form ID: 195              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db             +Gamaine N. Collins,    1815 S. 65th Street,    Philadelphia, PA 19142-1423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New York, as
               successor Trustee to JP Morgan Chase Bank, N.A. et al ecfmail@mwc-law.com,   ecfmail@mwc-law.com
              CARRIE L KLEINJAN    on behalf of Creditor    Internal Revenue Service
               carrie.l.kleinjan@irscounsel.treas.gov
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us,   RA-occbankruptcy6@state.pa.us
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOHN L. MCCLAIN    on behalf of Debtor Gamaine N. Collins aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New
               York, as successor Trustee to JP Morgan Chase Bank, N.A. et al bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, et al
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon, as Trustee for the
               Bear Stearns Asset Backed Securities Trust 2002-2, Asset-Backed Certificates, Series 2002-2
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New York,
               as successor Trustee to JP Morgan Chase Bank, N.A. et al tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, et al
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                      : Chapter 13

Gamaine N. Collins                                              : Case No. 11–19012–jkf
            Debtor(s)

***ORDER***
_____

AND NOW, this day , October 27, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

95
Form 195