```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                  Case No. 11-19012-jkf
Gamaine N. Collins                                                      Chapter 13
            Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0313-2          User: admin              Page 1 of 2                  Date Rcvd: Oct 27, 2017
                              Form ID: 3180W           Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db             +Gamaine N. Collins,   1815 S. 65th Street,   Philadelphia, PA 19142-1423
12606793       +John L. McClain and Associates,   PO Box 123,   Narberth, PA 19072-0123
13808371       +The Bank of New York Mellon, as Trustee,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,   Salt Lake City, UT 84115-4412
12760434       +The Bank of New York, et al,   JPMorgan Chase Bank, N.A.,   3415 Vision Drive,   OH4-7133,
                 Columbus, OH 43219-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 28 2017 01:27:27     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 28 2017 01:27:07     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12611461       +EDI: AFNIRECOVERY.COM Oct 28 2017 01:23:00      Afni, Inc.,   PO Box 3667,
                 Bloomington, IL 61702-3667
12630571        E-mail/Text: bankruptcy@phila.gov Oct 28 2017 01:27:27     City of Philadelphia,
                 SchoolDistrict of Philadelphia,   Law Department - Tax Unit,   One Parkway Building,
                 1515 Arch Street, 15th Floor,   Philadelphia, PA  19102-1595
12649161       +EDI: IRS.COM Oct 28 2017 01:23:00      Internal Revenue Service,   P O Box 7346,
                 Philadelphia, PA 19101-7346
12644007        EDI: MERRICKBANK.COM Oct 28 2017 01:23:00      Merrick Bank,   c/o Resurgent Capital Services,
                 PO Box 10368,   Greenville, SC 29603-0368
12935216        EDI: AIS.COM Oct 28 2017 01:23:00      Midland Funding LLC,   by American InfoSource LP as agent,
                 PO Box 4457,   Houston, TX  77210-4457
12611769        EDI: PRA.COM Oct 28 2017 01:23:00      Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk VA 23541
12663105        E-mail/Text: ebn@vativrecovery.com Oct 28 2017 01:26:27     Palisades Acquisition IX LLC,
                 Vativ Recovery Solutions LLC, dba SMC,   As Agent For Palisades Acquisition IX LL,
                 PO Box 40728,   Houston, TX  77240-0728
12787317        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 28 2017 01:26:52
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
12635943        EDI: Q3G.COM Oct 28 2017 01:23:00     Quantum3 Group LLC as agent for,   Fortis Capital LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
12692918        EDI: Q3G.COM Oct 28 2017 01:23:00     Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
12606800       +E-mail/Text: bankruptcynotice@westlakefinancial.com Oct 28 2017 01:26:56
                 Westlake Financial Svc,   4751 Wilshire Blvd Suite 100,   Los Angeles, CA 90010-3847
12690585       +E-mail/Text: bankruptcydept@wyn.com Oct 28 2017 01:27:08     Wyndham Vacation Resorts, Inc.,
                 PO Box 97474,   Las Vegas, NV 89193-7474
                                                                                               TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
12935217*       Midland Funding LLC,   by American InfoSource LP as agent,   PO Box 4457,
                 Houston, TX  77210-4457
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: admin                Page 2 of 2                  Date Rcvd: Oct 27, 2017
                              Form ID: 3180W             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:

```
              ANN E. SWARTZ    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New York, as
               successor Trustee to JP Morgan Chase Bank, N.A. et al ecfmail@mwc-law.com,    ecfmail@mwc-law.com
              CARRIE L KLEINJAN    on behalf of Creditor    Internal Revenue Service
               carrie.l.kleinjan@irscounsel.treas.gov
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us,    RA-occbankruptcy6@state.pa.us
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOHN L. MCCLAIN    on behalf of Debtor Gamaine N. Collins aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, et al
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New
               York, as successor Trustee to JP Morgan Chase Bank, N.A. et al bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon, as Trustee for the
               Bear Stearns Asset Backed Securities Trust 2002-2, Asset-Backed Certificates, Series 2002-2
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New York,
               as successor Trustee to JP Morgan Chase Bank, N.A. et al tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, et al
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 13
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Gamaine N. Collins** | Social Security number or ITIN  **xxx–xx–3415** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **11–19012–jkf** | |

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Gamaine N. Collins

10/26/17                                                         **By the court:**      Jean K. FitzSimon
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**